1  DIANA S. EBRON, ESQ.
   Nevada Bar No. 10580
2  E-mail: diana@KGElegal.com
   JACQUELINE A. GILBERT, ESQ.
3  Nevada Bar No. 10593
   E-mail: jackie@KGElegal.com
4  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
5  E-mail: karen@KGElegal.com
   KIM GILBERT EBRON
6  7625 Dean Martin Drive, Suite 110
   Las Vegas, Nevada 89139
7  Telephone: (702) 485-3300
   Facsimile: (702) 485-3301
8  *Attorneys for SFR Investments Pool 1, LLC*

9

**UNITED STATES DISTRICT COURT**

10

**DISTRICT OF NEVADA**

11

12  THE BANK OF NEW YORK MELLON FKA
    THE BANK OF NEW YORK, AS TRUSTEE
13  FOR THE CERTIFICATEHOLDERS OF
    CWALT, INC., ALTERNATIVE LOAN
14  TRUST 2005-54CB,

15                    Plaintiff,

16  vs.

17  AMIR A. KHOSH; SFR INVESTMENTS
    POOL 1, LLC; DOE INDIVIDUALS I-X,
18  inclusive; and ROE CORPORATIONS I-X,
    inclusive,

19                    Defendants.

20  _____

    SFR INVESTMENTS POOL 1, LLC,
21
                    Counter/Cross Claimant,
22
    vs.
23
    THE BANK OF NEW YORK MELLON FKA
24  THE BANK OF NEW YORK, AS TRUSTEE
    FOR THE CERTIFICATEHOLDERS OF
25  CWALT, INC., ALTERNATIVE LOAN
    TRUST 2005-54CB; ACCREDITED HOME
26  LENDERS, INC.; AMIR A. KHOSH, an
    individual,
27
                    Counter/Cross Defendants.
28

Case No. 2:17-cv-00957-MMD-PAL

**ORDER GRANTING MOTION TO
ENLARGE TIME TO SERVE SUMMONS
AND CROSS-CLAIM**

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NV 89139
(702) 485-3300 FAX (702) 485-3301

Upon reading the Affidavit of Due Diligence; it appearing that an Answer, Counterclaim, and Cross-Claim has been filed; that a Summons directed to Cross-Defendant, ACCREDITED HOME LENDERS, INC. has been issued [ECF No. 45]; that Cross-Defendant, is a necessary party; and that Cross-Defendant cannot be found to be served in the State of Nevada, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that SFR's Motion to Enlarge Time to Serve is GRANTED and the time for service is extended by an additional 60 days from the date of this order is entered to allow SFR Investments Pool 1, LLC ("SFR") to effectuate service.

Dated this 23rd day of July, 2018.

UNITED STATES MAGISTRATE JUDGE

Submitted by:

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron*
Diana S. Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada  89139
Phone: (702) 485-3300
Fax:    (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*